**Order entered December 14, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01162-CV

**JOHN DAVID ADAMS, Appellant**

**V.**

**STARSIDE CUSTOM BUILDERS, LLC, Appellee**

**On Appeal from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-01104-2015**

## ORDER

We **GRANT** appellee's December 10, 2015 unopposed motion for an extension of time to file a brief. Appellee shall file a brief by **JANUARY 4, 2016**. We caution appellee that no further extension will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     ELIZABETH LANG-MIERS
          JUSTICE